# In the United States Court of Federal Claims

DEVELOPMENT INFOSTRUCTURE, LLC,

                   *Plaintiff,*

v.

THE UNITED STATES,

                   *Defendant,*

and

CREDENCE MANAGEMENT
SOLUTIONS, LLC,

                   *Defendant-Intervenor.*

No. 25-1657
(Filed: November 19, 2025)

## ORDER

Consistent with the Court's oral opinion given during the Oral Argument held on November 19, 2025, Plaintiff's Motion for Judgment on the Administrative Record (ECF 29) is **DENIED**. The Government's and Intervenor's Cross-Motions for Judgment on the Administrative Record, or in the alternative Motions to Dismiss (ECF 35 & ECF 33) are **GRANTED IN PART AND DENIED IN PART**. Because the Court grants the Cross-Motions for Judgment on the Administrative Record, the alternative Motions to Dismiss are denied as moot. Further, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF 3) is **DENIED AS MOOT**. The Clerk is **DIRECTED** to enter judgment accordingly.

       **IT IS SO ORDERED.**

                             /s/ Philip S. Hadji
                             Philip S. Hadji
                             Judge